**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | 18222 Yorba Linda Owner, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 85-3455931 |

| 4. | Debtor's address | **Principal place of business**<br><br>9560 Wilshire Blvd., Suite 420<br>Beverly Hills, CA 90212<br>Number, Street, City, State & ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | _____ |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Debtor  __18222 Yorba Linda Owner, LLC__    Case number (if known) _____
            Name

7. Describe debtor's business    A. Check one:
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. Check all that apply
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. Under which chapter of the Bankruptcy Code is the debtor filing?    Check one:
   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. Check all that apply:
       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
       ☐ A plan is being filed with this petition.
       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   If more than 2 cases, attach a separate list.
   ■ No
   ☐ Yes.
   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ■ No
    ☐ Yes.

Debtor  __18222 Yorba Linda Owner, LLC_____    Case number (*if known*) _____
      Name

| | | | |
|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**   *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **18222 Yorba Linda Owner, LLC**　　　　　　　　　　　　　Case number (if known) _____
　　　　Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/6/2025
　　　　　　　MM / DD / YYYY

X _____(signature)_____　　　　Afshin Etebar
Signature of authorized representative of debtor　　Printed name

Title  **Managing Member**

**18. Signature of attorney**

X _____(signature)_____　　　　Date 02/06/2025
Signature of attorney for debtor　　　　　　　　　　　MM / DD / YYYY

Michael Jay Berger
Printed name

Law Offices of Michael Jay Berger
Firm name

9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
Number, Street, City, State & ZIP Code

Contact phone  (310) 271-6223　　Email address  michael.berger@bankruptcypower.com

100291 CA
Bar number and State

Fill in this information to identify the case:

Debtor name: 18222 Yorba Linda Owner, LLC
United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Afshin Etebar<br>9560 Wilshire Blvd.<br>Suite 420<br>Beverly Hills, CA 90212 | | Insider Loan | | | | $63,142.13 |
| AllenCo<br>2109 Gundry Ave<br>Signal Hill, CA 90755-3517 | | Vendor | | | | $491,551.61 |
| Babak Etebar<br>9560 Wilshire Blvd.<br>Suite 420<br>Beverly Hills, CA 90212 | | Insider Loan | | | | $63,139.13 |
| Charter Communications<br>1774 Henry G. Lane Street<br>Maryville, TN 37801 | | Services | | | | $31,968.00 |
| City of Yorba Linda<br>4845 Casa Loma Ave<br>Yorba Linda, CA 92886 | | Fees | | | | $312,185.25 |
| Dantuma Masonry, Inc.<br>7411 Walnut St<br>Buena Park, CA 90620 | | Vendor | | | | $97,240.70 |
| Earth Construction & Mining<br>11542 Knott #10<br>Garden Grove, CA 92841 | | Vendor | | | | $76,412.72 |

Official form 204    Chapter 11 or Chapter 9 Cases List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  **18222 Yorba Linda Owner, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Eisner, LLP<br>433 N. Camden Dr.<br>4th Fl<br>Beverly Hills, CA 90210 | | Vendor | | | | $414,850.80 |
| Fishman Block & Diamond, LLP<br>16830 Ventura Blvd., Ste 400<br>Encino, CA 91436 | | Vendor | | | | $81,040.00 |
| Infrastructure Inv Partners<br>PO Box 442<br>Fairfield, CT 06824 | | Vendor | | | | $335,000.00 |
| John Labib Structural Engineering<br>319 Main Street<br>El Segundo, CA 90245 | | Vendor | | | | $33,099.00 |
| Kevin Tsai Etebar<br>1439 W. Jefferson Blvd.<br>Los Angeles, CA 90070 | | Loan | | | | $43,280.00 |
| Lotzar Law Firm<br>8687 E. Via Ventura Ste. 115<br>Scottsdale, AZ 85258 | | Legal Fees | | | | $64,617.57 |
| Orange County Treasurer Tax Collect<br>625 N. Ross Street Building 11, Room G58<br>Santa Ana, CA 92701 | | taxes | | | | $94,404.80 |
| Orrick, Herrington & Sutcliffe<br>LockBox 774619<br>4619 Solutions Center<br>Chicago, IL 60677-4006 | | legal fees | | | | $81,116.00 |
| Pennington Construction<br>79 Bell Pasture Rd<br>Ladera Ranch, CA 92694 | | Vendor | | | | $158,671.96 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

Debtor  **18222 Yorba Linda Owner, LLC**          Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Reliable Equipment Rental, Inc. 8331 Commonwealth Ave Buena Park, CA 90621 | | Vendor | | | | $26,060.00 |
| TAD Consulting Inc. 1401 N. Batavia St. Ste. 103 Orange, CA 92867 | | Vendor | | | | $128,000.00 |
| TBU, Inc. 244 Maple Ave Ste. T Beaumont, CA 92223 | | Vendor | | | | $114,677.38 |
| Zamborelli Enterprises, Inc. 640 S. Coast Hwy $3A Laguna Beach, CA 92651 | | Vendor | | | | $31,237.60 |

# United States Bankruptcy Court
## Central District of California

In re __18222 Yorba Linda Owner, LLC__                                   Case No. _____

                                  Debtor(s)                              Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 18222 Yorba Linda Investors, LLC<br>9560 Wilshire Blvd., #420<br>Beverly Hills, CA 90212 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Afshin Etebar, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __2/6/2025__          Signature _____
                                            Afshin Etebar

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U.S.C §§ 152 and 3571

Sheet 1 of 1 in List of Equity Security Holders

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>California State Bar Number: 100291 CA<br>michael.berger@bankruptcypower.com | |

[✓] Attorney for: 18222 Yorba Linda Owner, LLC

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>18222 Yorba Linda Owner, LLC<br>Debtor(s).<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, __Afshin Etebar_____, the undersigned in the above-captioned case, hereby declare
(Print Name of Attorney or Declarant)
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - [✓] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2. a. [✓] The following entities, other than the debtor or a governmental unit directly or indirectly own 10% or more of any class of the corporation's equity interests
   See Addendum

   b. [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest

Date: 2/6/2025

By: _____
Signature of Debtor, or attorney for Debtor

Name: **Afshin Etebar**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2012                                                                  F 1007-4.CORP.OWNERSHIP.STMT

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

18222 Yorba Linda Investors, LLC
9560 Wilshire Blvd., Suite 420
Beverly Hills, CA 90212

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 1007-4.CORP.OWNERSHIP.STMT

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof if none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Beverly Hills**  , California

Date:  2/6/2025

**Afshin Etebar**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

October 2018    Page 1    F 1015-2.1.STMT.RELATED.CASES

| Attorney or Party Name, Address, Telephone & FAX Nos, State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>California State Bar Number 100291 CA<br>michael.berger@bankruptcypower.com | |

☐ Debtor(s) appearing without an attorney

■ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re<br>18222 Yorba Linda Owner, LLC<br><br>Debtor(s) | CASE NO<br>CHAPTER 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of  6  sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 2/6/2025

Signature of Debtor 1

Date

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date 2/6/2025

Signature of Attorney for Debtor (if applicable)

18222 Yorba Linda Owner, LLC
9560 Wilshire Blvd., Suite 420
Beverly Hills, CA 90212


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


18222 Yorba Linda Investors, LLC
9560 Wilshire Blvd., #420
Beverly Hills, CA 90212


Afshin Etebar
9560 Wilshire Blvd. Suite 420
Beverly Hills, CA 90212


Afshin Etebar, Individually and as
Trustee of the JEMA Rec Trust
609 N. Canon Drive
Beverly Hills, CA 90210


AllenCo
2109 Gundry Ave
Signal Hill, CA 90755-3517


Babak Etebar
9560 Wilshire Blvd. Suite 420
Beverly Hills, CA 90212


Babak Etebar, Individually and as
Trustee of B&M Trust
1140 Summit Drive
Beverly Hills, CA 90210

```
Charter Communications
1774 Henry G. Lane Street
Maryville, TN 37801


Charter Communications
PO Box 60074
City of Industry, CA 91716


City of Yorba Linda
4845 Casa Loma Ave
Yorba Linda, CA 92886


CT Corporation
330 N. Brand Blvd. Ste. 700
Glendale, CA 91203


Dantuma Masonry, Inc.
7411 Walnut St
Buena Park, CA 90620


Dept of Toxic Substances Control
9211 Oakdale Ave
Chatsworth, CA 91311


Earth Construction & Mining
11542 Knott #10
Garden Grove, CA 92841


Eisner, LLP
433 N. Camden Dr. 4th Fl
Beverly Hills, CA 90210
```

```
Etco Homes, Inc.
c/o Bob or Afshin Etebar
9560 Wilshire Blvd., #420
Beverly Hills, CA 90212


Fishman Block & Diamond, LLP
16830 Ventura Blvd., Ste 400
Encino, CA 91436


GKL Register Agents of DE Inc.
3064 Silver Sage Dr. Ste. 150
Carson City, NV 89701


Infrastructure Inv Partners
PO Box 442
Fairfield, CT 06824


IPFS Corporation
700 S. Flower St. Ste. 1160
Los Angeles, CA 90017


ISL Management, LLC
2333 State St.
Carlsbad, CA 92008


JMBM, LLP
1900 Avenue of the Stars 7th Fl
Los Angeles, CA 90067


John Labib Structural Engineering
319 Main Street
El Segundo, CA 90245
```

Jordan Etebar
9560 Wilshire Blvd., #420
Beverly Hills, CA 90212


Kevin Tsai Etebar
1439 W. Jefferson Blvd.
Los Angeles, CA 90070


Koury Engineering & Testing
14280 Euclid Ave
Chino, CA 91710


Lotzar Law Firm
8687 E. Via Ventura Ste. 115
Scottsdale, AZ 85258


Marjaneh Etebar, as Trustee of the
JEMA Rev Trust
609 N. Canon Drive
Beverly Hills, CA 90210


MD Acoustics LLC
1197 Los Angeles Ave Ste. C-256
Simi Valley, CA 93065


Michelle Etebar, Trustee of the
B&M Trust dated July 17, 2019
1140 Summit Drive
Beverly Hills, CA 90210


Mobile Modular
PO Box 45043
San Francisco, CA 94145

National Trench Safety, Inc.
260 North Sam Houston Pkwy E#200
Houston, TX 77060


Orange County Treasurer
Tax Collector
PO Box 1439
Santa Ana, CA 92702-1438


Orange County Treasurer Tax Collect
625 N. Ross Street
Building 11, Room G58
Santa Ana, CA 92701


Orrick, Herrington & Sutcliffe
LockBox 774619
4619 Solutions Center
Chicago, IL 60677-4006


Pennington Construction
79 Bell Pasture Rd
Ladera Ranch, CA 92694


Reliable Equipment Rental, Inc.
8331 Commonwealth Ave
Buena Park, CA 90621


Stoney-Miller Consultants, Inc.
33 Journey Ste. 200
Aliso Viejo, CA 92656


TAD Consulting Inc.
1401 N. Batavia St. Ste. 103
Orange, CA 92867

TBU, Inc.
244 Maple Ave Ste. T
Beaumont, CA 92223


TL Group, Corp.
PO Box 6935
Laguna Niguel, CA 92607


United Site Services
PO Box 660475
Dallas, TX 75266


Western Alliance Bank
c/o Snell & Wilmer
600 Anton Blvd., Ste 1400
Costa Mesa, CA 92626


Willis Towers Watson Svcs West
2010 Main Street Ste. 150
Irvine, CA 92614


Yorba Linda Water District
PO Box 309
Yorba Linda, CA 92885


Zamborelli Enterprises, Inc.
640 S. Coast Hwy $3A
Laguna Beach, CA 92651